# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Sharonda Lampley, Fredrick Gillespie, and Francisco Hernandez<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>Aryaani LLC d/b/a Subway ("Aryaani"), Jili, LLC ("Jili") and Ilesh H. Patel<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>) Case No.: 15-cv-09332<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants by and through their respective attorneys, hereby stipulate to the dismissal of this action without prejudice and that the dismissal shall automatically convert to a dismissal with prejudice on September 30, 2017 if there is not an action filed to enforce the settlement agreement reached by the parties by that time.

| Sharonda Lampley, Fredrick Gillespie, and Francisco Hernandez<br>*Plaintiffs*<br><br>By: /s/ David Fish<br><br>ATTORNEYS FOR PLAINTIFFS:<br><br>David Fish<br>The Fish Law Firm, P.C.<br>200 E 5th Ave. Suite 123<br>Naperville, IL 60563 | Aryaani LLC d/b/a Subway ("Aryaani"), Jili, LLC ("Jili") and Ilesh H. Patel<br>*Defendants*<br><br>By: /s/ Michael J. Boxerman<br><br>ATTORNEYS FOR DEFENDANTS:<br><br>Michael J. Boxerman<br>Anthony J. Kolt<br>Marcus & Boxerman<br>20 North Clark Street Suite 2500<br>Chicago, Illinois 60602 |

Dated: September 6, 2016.