# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Sharonda Lampley

                    Plaintiff,

v.                                                           Case No.: 1:15−cv−09332
                                                                   Honorable Mary M. Rowland

Aryaani LLC dba Subway, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 7, 2016:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the parties' stipulation of dismissal[37] and Rule 41(a)(1)(A)(ii), this action is dismissed without prejudice, which shall automatically convert to a dismissal with prejudice on 9/30/17, if there is not an action filed to enforce the settlement agreement by that date. The status hearing set for 9/8/16 is stricken. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.